## DEVELOPMENT CONTRACT

**THIS AGREEMENT**, made and entered into at Lorain, Ohio, this the _11ᵗʰ_ day of ____July____, 2022, by and between RCK Investments, LLC (hereinafter "RCK") of 1657 Broadway Avenue, Lorain, Ohio 44052 and the CODA HOLDING – V, LLC (hereinafter "CODA") of _600 Waukegan Rd Ste 129 Northbrook, IL 60062_.

**WITNESSETH THAT:**

**WHEREAS**, RCK owns that certain real property located at 1657 Broadway Avenue, Lorain, Ohio and that is commonly known and referred to as the "Lorain Journal Building"; and

**WHEREAS**, RCK has established plans to develop a portion of the Lorain Journal Building into an indoor self-storage facility; and

**WHEREAS**, CODA has experience in the design, build out and management of self-storage facilities; and

**WHEREAS**, RCK and CODA have agreed to jointly develop a portion of the Lorain Journal Building into and indoor self-storage facility, all upon the terms and conditions more fully set forth hereinafter;

**NOW, THEREFORE**, in consideration of the premises and of the true mutual covenants and agreement hereinafter set forth, the parties do agree as follows:

1.    **The Development Company.**  RCK and CODA shall organize an Ohio limited liability company named "Journal Storage, LLC" for the purposes of jointly developing the indoor self-storage facility contemplated herein.  Said limited liability company shall be owned and operated pursuant to the terms of the operating agreement that is attached hereto and fully incorporated herein.  Further, RCK and CODA hereby

acknowledge and warrant that the organization of Journal Storage, LLC is not an offering of a security, but is instead the formation of a limited liability company that will be closely held and will not be offered for public sale. After organization of Journal Storage, LLC it shall be owned 81% by RCK Investments, LLC and 19% by CODA.

2.    **The Lorain Journal Building.** Currently RCK owns the property with two buildings located at 1657 Broadway Avenue, Lorain, Ohio. RCK and CODA through their entity, Journal Storage, LLC, shall purchase from RCK that portion of the building and property that is identified as Tract "A" on the map attached hereto, and fully incorporated herein, as Exhibit "A" for the purchase price of $1,025,000.00 free and clear of all liens and encumbrances. RCK shall retain from and clear from all claims of CODA or the Journal Storage, LLC that portion of the property identified as Tract "B" on Exhibit "A." RCK and CODA shall have the property surveyed in order to obtain a legal description to fully identify the subject property for transfer. RCK and CODA shall development a shared driveway and parking agreement in relation to the division line between Tracts "A" and "B" to ensure that each has full and unimpeded access to the property.



3. **DEVELOPMENT AGREEMENT:**

A. **Financing:** Journal Storage, LLC shall obtain bank financing in the amount of $3,225,000.00 for the purchase and development of the indoor self-storage facility. The principals of RCK and CODA shall personally guarantee said loan if necessary to secure the financing. It is the parties' intention to obtain said financing through Peoples Bank & Trust of Hazard; however, if necessary other lenders may be considered.

B. **CONSTRUCTION AND DESIGN MANAGEMENT:**

The construction budget shall be $1,755,250.00 per the attached construction budget spreadsheet (Exhibit "B"). CODA shall construct and design the indoor self-storage facility and it shall be paid 10% of the final construction costs for construction management services ($175,525.00) and 10% of the final construction costs ($175,525.00) for overhead and profit. In the event the construction costs exceed the $1,755,250.00 the first 5% of any budget overrun up to $87,762.50 shall be paid by CODA. Any payment up to $87,762.50 shall be booked as a cash contribution from CODA and added to its capital account. All budget overruns thereafter exceeding $87,762.50 shall be paid equally by RCK and CODA and shall be booked as a short term loan to each entity to be paid upon the sale of the property and the terms of the short term loans shall be the same for both RCK and CODA, from a refinance of the property or from cash flow as allowed. CODA shall not receive any compensation for construction and design or construction management for any amounts that exceed the budget of $1,755.250.00.

C.    **CONSTRUCTION REQUIREMENTS:**    A part of the construction design the following shall be incorporated into the design plans:

1.    The 2nd floor bathroom/locker room must be functional for the tenant operating the softball academy. The small closets will be used by staff and access to the bridge between the two buildings shall be sealed and locked.

2.    The softball tenant shall have 3 year lease with a 2 year option that shall include the 2nd floor bathroom/locker room. The softball tenant shall be required to vacate the premises within 5 years in order to market the property for sale.

3.    RCK or its designee shall have the free and exclusive use of the safe locker room on the 1st floor as designated show below in the red square. Said safe room must be built into another locker in order to not show the safe door to the public.



D.    **TAX CREDITS:**    Currently there exist certain tax credits or incentives with the City of Lorain in the name of RCK. RCK shall retain exclusive ownership, use and control of these tax credits and they shall not be used in any manner for the self-storage property development. If permitted Journal Storage, LLC may apply for separate tax credits if available for the development project from the local taxing authorities.



4.    **POST-DEVELOPMENT MANAGEMENT:**    Following development and construction of the self-storage units ONE STOP SELF STORAGE shall assume the day to day management of the property and shall provide access to RCK, its accountants or other designees for all information necessary to determine the performance of the business including, but not limited to, rent rolls, income statements, delinquency lists and sales data. Within 10 days of the previous month RCK shall be provided with a monthly performance report of the self-storage business in a format that is generally accepted in the industry to show rental rates, vacancy rates and financial performance. RCK and CODA shall jointly determine a certified public accountant, or accounting firm, to complete the annual books and tax returns of Journal Storage, LLC. It shall be the parties' intention to market and sell the Journal Storage, LLC facility at an appropriate time in the future once the project is stabilized and market conditions permit. No fees shall be paid to CODA for the management of Journal Storage, LLC self-storage facility. One Stop shall pay employees and actual incurred expenses from cash flow of the project; however, it shall not receive any licensing, franchise or similar fees for use of the name, processes or management. CODA shall use best efforts to manage the self-storage facility in compliance with the operations budge attached hereto as Exhibit "C."

5.    **DEFAULT:** If either party should default on the terms of this agreement it is agreed that said default shall be resolved exclusively by arbitration pursuant the rules of the American Arbitration Association (AAA) and with an arbitrator in Cleveland, Cuyahoga County, Ohio. The parties agree that no litigation a public court system shall be filed except for purposes of enforcing an arbitration award.

6.    **ATTORNEY FEES AND COURT COSTS:**    The    non-breaching party shall be entitled to recover its attorney fees and court costs against the breaching party.

7.    **VENUE:**    It is understood by the parties that this agreement shall be construed pursuant to the laws of the State of Ohio.

8.    **BINDING EFFECT:** This contract and agreement shall be binding on RCK, CODA and their assigns or successors in interest.

9.    **NON-WAIVER:**    Failure of either of the parties to complain of any act or omission on the part of the other party, no mater how long the same may continue, shall not be deemed to be a waiver by said party of any of his or its rights hereunder.  No waiver by either party at any time, express or implied, of any breach of any provision of this contract shall be deemed a waiver of any other provision of this contract or a consent to any subsequent breach of the same or any other provision.

        **IN WITNESS WHEREOF**, the parties hereto have set their hands on this the 11th day of July, 20 20     .

RCK INVESTMENTS, LLC

BY: CHRISTOPHER T. RUSSO

CODA HOLDING – V, LLC

BY: James Lehmann
     Manager

Exhibt A



# Exhibit B

| | | |
|---|---|---:|
| demo | $ | 70,000.00 |
| demo abatement | $ | 20,000.00 |
| paving | $ | 10,000.00 |
| water | $ | - |
| fence | $ | 20,000.00 |
| concrete | $ | 50,000.00 |
| masonry | $ | 85,000.00 |
| steel | $ | 15,000.00 |
| misc. | $ | 15,000.00 |
| rough carpentry | $ | 10,000.00 |
| finish carpentry | $ | 5,000.00 |
| cabinets | $ | 1,000.00 |
| waterproofing | $ | - |
| insulation | $ | 15,000.00 |
| roofing | $ | 150,000.00 |
| gutters | $ | - |
| garage doors | $ | 20,000.00 |
| doors hardware | $ | 20,000.00 |
| windows | $ | 25,000.00 |
| storefront | $ | 7,500.00 |
| drywall | $ | 20,000.00 |
| painting | $ | 25,000.00 |
| tile | $ | 1,000.00 |
| signage | $ | 20,000.00 |
| bath accessories | $ | 750.00 |
| storage lockers | $ | 280,000.00 |
| elevator | $ | 20,000.00 |
| plumbing | $ | 35,000.00 |
| fire protection | $ | 25,000.00 |
| fire protection sprinklers | $ | 85,000.00 |
| hvac | $ | 325,000.00 |
| electrical | $ | 300,000.00 |
| security system | $ | 30,000.00 |
| | | |
| general conditions | $ | 50,000.00 |

| | | |
|---|---|---:|
| | $ | 1,755,250.00 |
| contingency | $ | 93,700.00 |
| | | |
| supervision | $ | 175,525.00 |
| overhead & profit | $ | 175,525.00 |
| | | |
| Project total | $ | 2,200,000.00 |

